

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020

# MEMORANDUM ENDORSED

July 10, 2020

**Via ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

    Re: *Lewis v. Nutraceutical Wellness, Inc.*,
       20-cv- 01148 (GHW)

Dear Judge Woods:

  On behalf of Defendant Nutraceutical Wellness, Inc., I write in accordance with Rule 1.E of Your Honor's Individual Rules to request a brief extension of the deadline to file Defendant's Reply Memorandum in Further Support of the Motion to Dismiss Plaintiff's Second Amended Complaint from July 14, 2020 to July 21, 2020.

  Due to multiple deadlines arising at approximately the same time, our office needs additional time to confer and review the reply papers with our client. This is our first request for an extension of this deadline and Plaintiff consents to this request. This extension will not affect any other scheduled dates.

  We thank the Court for consideration of this request.

            Respectfully submitted,

            *Elior D. Shiloh*

            ELIOR D. SHILOH of
            LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All parties (via ECF)

---

Application granted. The deadline for Defendant to file its reply is extended to July 21, 2020.

SO ORDERED.

Dated: July 12, 2020

            _____
            GREGORY H. WOODS
            United States District Judge